HILDA FLICKER, PLAINTIFF-RESPONDENT, v. GENEVIEVE F. CHENITZ *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 55 *N. J. Super.* 273.

*Mr. Alfred C. Clapp* for the petitioners.

*Messrs. Milton M. & Adrian M. Unger* and *Mr. Sidney S. Jaffe* for the respondent.

June 17, 1959. Granted.

INLAND CREDIT, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. REPUBLIC CONSTRUCTION COMPANY, DEFENDANT-PETITIONER.

*Messrs. Eisenstein & Eisenstein* for the petitioner.

*Messrs. Budd, Larner & Kent* for the respondent.

June 17, 1959. Denied.